**SET ASIDE and REMAND and Opinion Filed December 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00945-CV**

**CITY OF LONE OAK, TEXAS, Appellant**
**V.**
**LONE OAK INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 91463**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Pedersen, III

Stating they have resolved their dispute, the parties have filed a joint motion asking that we dismiss the appeal and return the matter "to the trial court so that a final dismissal of all claims may be effectuated." We grant the motion, which we construe as a motion under Texas Rule of Appellate Procedure 42.1(a)(2)(B), set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Bill Pedersen, III/
BILL PEDERSEN, III
220945F.P05                          JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF LONE OAK, TEXAS, Appellant

No. 05-22-00945-CV        V.

LONE OAK INDEPENDENT SCHOOL DISTRICT, Appellee

On Appeal from the 354th District Court, Hunt County, Texas
Trial Court Cause No. 91463.
Opinion delivered by Justice Pedersen, III, Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

Subject to any agreement between the parties, we **ORDER** appellee Lone Oak Independent School District recover its costs, if any, of this appeal from appellant City of Lone Oak, Texas.

Judgment entered December 23, 2022.